# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NURSEN YANARAY | § | Case No. 17-19783 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/30/2017. The undersigned trustee was appointed on 06/30/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    18,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 97.74 |
| Other payments to creditors | 3,460.83 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,941.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  11/08/2017  and the deadline for filing governmental claims was  12/27/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,600.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,600.00 , for a total compensation of $ 2,600.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 190.00 , for total expenses of $ 190.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/16/2019          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-19783 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | NURSEN YANARAY | | | | Date Filed (f) or Converted (c): | 06/30/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/01/2017 |
| For Period Ending: | 01/16/2019 | | | | Claims Bar Date: | 11/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1417 BEAUMONT CIRCLE BARTLETT IL 60103-2969 DUPAGE<br><br>Co-owned with non-filing spouse<br>Debtor reaffirmed 8/23/17 [Dkt. 20] | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 TOYOTA RAV4<br><br>MILEAGE: 55,260 - CURRENT/REAFFIRM - FULL COVERAGE AUTO INSURANCE - FAIR MARKET VALUE PROVIDED BY CARMAX<br>--Debtor reaffirmed 7/26/17 [Dkt. 13] | 14,000.00 | 0.00 | | 0.00 | FA |
| 3. 2013 DODGE DART-4 CYL.<br><br>MILEAGE: 55,606 - CURRENT/REAFFIRM - FULLCOVERAGE AUTO INSURANCE -DISABLED DAUGHTER'S CAR AND SHE PAYS IT<br>--Debtor reaffirmed 9/22/17 [Dkt. 22] | 9,550.00 | 0.00 | | 0.00 | FA |
| 4. 2012 RAM TRUCK RAM 3500 PICKUP<br><br>MILEAGE: 105,000 - OUT FOR REPOSESSION - NOT INTHE POSSESSION OF THE DEBTOR<br>Trustee sold per order 3/2/18 [Dkt. 28] | 31,000.00 | 31,000.00 | | 18,500.00 | FA |
| 5. 2013 MERCEDES-BENZ SPRINTER<br><br>MILEAGE: 100,000 - SURRENDER - DEBTOR IS ON TITLEWITH SITE DEVELOPMENT LLC -NOT IN THE POSSESSION OF THE DEBTOR<br>--Stay modified per order 8/11/17 [Dkt. 19)] | 11,012.50 | 0.00 | | 0.00 | FA |
| 6. 2013 MERCEDES-BENZ SPRINTER<br><br>MILEAGE: 100,000 - SURRENDER - TITLED IN SITE DEVELOPMENTS NAME ONLY - WITH DEBTOR AND LOCATED AT HER HOME IN OUR AREA | 11,012.50 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-19783 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | NURSEN YANARAY | | | | Date Filed (f) or Converted (c): | 06/30/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/01/2017 |
| For Period Ending: | 01/16/2019 | | | | Claims Bar Date: | 11/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. 2010 TOYOTA TUNDRA | 2,500.00 | 0.00 | | 0.00 | FA |
| MILEAGE: 258,452 - PAID IN FULL - FULL COVERAGE AUTO INSURANCE - DEBTOR IS ON TITLE WITH SITE DEVELOPMENT LLC - FAIR MAKRET VALUE WAS PROVIDED FOR BY CARMAX | | | | | |
| 8. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 450.00 | 0.00 | | 0.00 | FA |
| 3 BEDROOM SETS | | | | | |
| 9. 3 TVS AND 4 CELLPHONES | 200.00 | 0.00 | | 0.00 | FA |
| 10. BOOKS, PICTURES, AND CD'S | 165.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 12. MISCELLANEOUS COSTUME JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING ACCOUNT WITH CHASE | 391.00 | 0.00 | | 0.00 | FA |
| 14. SITE DEVELOPMENT LLC | 0.00 | 0.00 | | 0.00 | FA |
| Debtor is 100% owner of the cell tower installation company. No longer in operations. The companies debts far exceeds and assets | | | | | |
| 15. 401(K) / RETIREMENT PLAN THROUGH EMPLOYER -100% EXEMPT. | 17,000.00 | 0.00 | | 0.00 | FA |
| 16. TERM LIFE INSURANCE POLICY THROUGH EMPLOYER - (NO CASH SURRENDER VALUE) | 0.00 | 0.00 | | 0.00 | FA |
| 17. PRINTER | 600.00 | 0.00 | | 0.00 | FA |
| 18. 2010 TOYOTA TUNDRA | 4,912.50 | 0.00 | | 0.00 | FA |
| MILEAGE: 241000 - PAID IN FULL - FULL COVERAGE AUTO INSURANCE - DEBTOR IS ON TITLE WITH SITE DEVELOPMENT LLC | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $344,293.50 | $31,000.00 | $18,500.00 | $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated assets. Trustee identified equity in the Debtor's Ram truck and obtained approval to sell the truck at a public auction. The auction was conducted in March 2018. Trustee prepared and file a report of sale. Trustee reviewed and analyzed the claims filed. Trustee negotiated for the withdrawal or amendment of an invalidly asserted secured claim. When the creditor did not withdraw or otherwise amend its secured claim, Trustee filed a motion to determine the secured value. Thereafter, before the scheduled hearing on the Trustee's motion, the creditor amended its claim. Trustee prepared a request for allowance of auctioneer's fees and expenses and prepared her TFR.

Initial Projected Date of Final Report (TFR): 06/30/2018      Current Projected Date of Final Report (TFR): 10/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 17-19783 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: NURSEN YANARAY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3938 |
| | Checking |
| Taxpayer ID No: XX-XXX7413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/18 | 4 | Martin Auction Services LLC | Sale of 3500 Dodge Ram truck Sold per order 3/2/18 [Dkt. 28] | 1129-000 | $18,500.00 | | $18,500.00 |
| 03/26/18 | 101 | TD Auto Finance | Payoff of QAccout #1100171661 Paid secured lien in full satisfaction of its claim, per order 3/2/18 [Dkt. 28] | 4210-000 | | $3,460.83 | $15,039.17 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,029.17 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.62 | $15,007.55 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.31 | $14,985.24 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.56 | $14,963.68 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.25 | $14,941.43 |
| 12/13/18 | | Transfer to Acct # xxxxxx0067 | Transfer of Funds | 9999-000 | | $14,941.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,500.00 | $18,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $14,941.43 |
| Subtotal | $18,500.00 | $3,558.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,500.00 | $3,558.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*       Page Subtotals:       $18,500.00       $18,500.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-19783 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: NURSEN YANARAY | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX7413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/18 | | Transfer from Acct # xxxxxx3938 | Transfer of Funds | 9999-000 | $14,941.43 | | $14,941.43 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,941.43 | $0.00 |
| Less: Bank Transfers/CD's | $14,941.43 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals:   $14,941.43   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0067 - Checking | $0.00 | $0.00 | $14,941.43 |
| XXXXXX3938 - Checking | $18,500.00 | $3,558.57 | $0.00 |
|  | $18,500.00 | $3,558.57 | $14,941.43 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,500.00 |
| Total Gross Receipts: | $18,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-19783
Debtor Name: NURSEN YANARAY
Claims Bar Date: 11/8/2017

Date: January 16, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee compensation | $0.00 | $2,600.00 | $2,600.00 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee expenses | $0.00 | $190.00 | $190.00 |
| 100 3610 | Martin Auction Services, LLC<br>9515 Texas Church Rd.<br>Clinton, IL 61727 | Administrative | Buyer's premium - commission | $0.00 | $1,850.00 | $1,850.00 |
| 100 3620 | Martin Auction Services, LLC<br>9515 Texas Church Rd.<br>Clinton, IL 61727 | Administrative | Auctioneer expenses | $0.00 | $366.75 | $366.75 |
| 400 4210 | TD Auto Finance | Secured | Secured claim on vehicle sold at auction.  Lien paid per order 3/2/18 [Dkt. 28] | $3,247.00 | $3,460.83 | $3,460.83 |
| 8 400 4800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Secured | | $0.00 | $2,973.85 | $2,973.85 |
| 1 280 5800 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | Priority | | $0.00 | $3,488.94 | $3,488.94 |
| 8 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority | | $3,305.00 | $3,210.68 | $3,210.68 |
| 2 300 7100 | SunTrust Bank<br>Attn:  Support Services<br>P.O. Box 85092<br>Richmond VA 23286 | Unsecured | Claim amended to unsecured 8/30/18 | $4,306.00 | $10,296.24 | $10,296.24 |

Page 1                                                        Printed: January 16, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-19783  
Debtor Name: NURSEN YANARAY  
Claims Bar Date: 11/8/2017  
Date: January 16, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Unsecured | | $1,954.00 | $2,164.33 | $2,164.33 |
| 4 300 7100 | ASHLEY FUNDING SERVICES, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | | $0.00 | $20.00 | $20.00 |
| 5 300 7100 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Unsecured | | $1,064.00 | $1,064.00 | $1,064.00 |
| 6 300 7100 | UNITED RENTALS, INC. C/O MARK A. KIRKORSKY, PC P.O. BOX 25287 TEMPE, AZ 85285 | Unsecured | | $2,339.00 | $2,319.72 | $2,319.72 |
| 7 300 7100 | WELLS FARGO VENDER FINANCIAL SERVICES LLC 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | Unsecured | | $3,632.00 | $4,288.23 | $4,288.23 |
| 8 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Unsecured | Unsecured portion of claim | $0.00 | $590.48 | $590.48 |
| | Case Totals | | | $19,847.00 | $38,884.05 | $38,884.05 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-19783
Case Name: NURSEN YANARAY
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 14,941.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | TD Auto Finance | $ 3,460.83 | $ 3,460.83 | $ 3,460.83 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,973.85 | $ 2,973.85 | $ 0.00 | $ 2,973.85 |

Total to be paid to secured creditors $ 2,973.85

Remaining Balance $ 11,967.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 2,600.00 | $ 0.00 | $ 2,600.00 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 190.00 | $ 0.00 | $ 190.00 |
| Auctioneer Fees: Martin Auction Services, LLC | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Auctioneer Expenses: Martin Auction Services, LLC | $ 366.75 | $ 0.00 | $ 366.75 |

Total to be paid for chapter 7 administrative expenses $ 5,006.75

Remaining Balance $ 6,960.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,699.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | $ 3,488.94 | $ 0.00 | $ 3,488.94 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 3,210.68 | $ 0.00 | $ 3,210.68 |
| | Total to be paid to priority creditors | | | $ 6,699.62 |
| | Remaining Balance | | | $ 261.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,743.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SunTrust Bank | $ 10,296.24 | $ 0.00 | $ 129.66 |
| 3 | AMERICAN EXPRESS BANK, FSB | $ 2,164.33 | $ 0.00 | $ 27.25 |
| 4 | ASHLEY FUNDING SERVICES, LLC | $ 20.00 | $ 0.00 | $ 0.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | SYNCHRONY BANK | $ 1,064.00 | $ 0.00 | $ 13.40 |
| 6 | UNITED RENTALS, INC. | $ 2,319.72 | $ 0.00 | $ 29.21 |
| 7 | WELLS FARGO VENDER FINANCIAL SERVICES LLC | $ 4,288.23 | $ 0.00 | $ 54.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 590.48 | $ 0.00 | $ 7.44 |

Total to be paid to timely general unsecured creditors    $    261.21

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE