IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 17-19783 |
| | ) | |
| NURSEN YANARAY | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

    The undersigned certifies that she caused a copy of the attached Notice to Creditors to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 1ST day of February, 2019 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| NURSEN YANARAY | § § | Case No. 17-19783 |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom 240,

Janet S. Baer
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 2/1/19               By: /s/ Brenda Porter Helms
                                              Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| NURSEN YANARAY | § | Case No. 17-19783 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 18,500.00 |
| and approved disbursements of | $ | 3,558.57 |
| leaving a balance on hand of[1] | $ | 14,941.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | TD Auto Finance | $ 3,460.83 | $ 3,460.83 | $ 3,460.83 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,973.85 | $ 2,973.85 | $ 0.00 | $ 2,973.85 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 2,973.85 |
| Remaining Balance | $ | 11,967.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: THE HELMS LAW FIRM PC | $ 2,600.00 | $ 0.00 | $ 2,600.00 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 190.00 | $ 0.00 | $ 190.00 |
| Auctioneer Fees: Martin Auction Services, LLC | $ 1,850.00 | $ 0.00 | $ 1,850.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Expenses: Martin Auction Services, LLC | $ 366.75 | $ 0.00 | $ 366.75 |

Total to be paid for chapter 7 administrative expenses     $      5,006.75

Remaining Balance     $      6,960.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,699.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | $ 3,488.94 | $ 0.00 | $ 3,488.94 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 3,210.68 | $ 0.00 | $ 3,210.68 |

Total to be paid to priority creditors     $      6,699.62

Remaining Balance     $      261.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,152.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SunTrust Bank | $ 10,296.24 | $ 0.00 | $ 133.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | AMERICAN EXPRESS BANK, FSB | $ 2,164.33 | $ 0.00 | $ 28.05 |
| 4 | ASHLEY FUNDING SERVICES, LLC | $ 20.00 | $ 0.00 | $ 0.26 |
| 5 | SYNCHRONY BANK | $ 1,064.00 | $ 0.00 | $ 13.79 |
| 6 | UNITED RENTALS, INC. | $ 2,319.72 | $ 0.00 | $ 30.07 |
| 7 | WELLS FARGO VENDER FINANCIAL SERVICES LLC | $ 4,288.23 | $ 0.00 | $ 55.58 |

Total to be paid to timely general unsecured creditors　$ 261.21

Remaining Balance　$ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
　　　　　　　　　　　　　　　　Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Service list*

IRS
P.O. Box 7346
Philadelphia PA 19101

Sun Trust Bank
Attn: Support Services
P.O. Box 85092
Richmond VA 23266

Beckett & Lee LLP
P.O. Box 3001
Malvern PA 19355

Ashley Funding Services LLC
Resurgent Capital Services
P.O. Box 10587
Greenville SC 29603

Synchrony Bank
c/o PRA Receivable Management
P.O. Box 41021
Norfolk VA 23541

United Rentals Inc.
c/o Mark Kirkorsky P.C.
P.O. Box 25287
Tempe AZ 85285

Wells Fargo Vender Financial Services
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield IL 62794